# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. LAKSHMI ARUNACHALAM,<br><br>                  Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, SAP AMERICA, INC., JPMORGAN CHASE & CO., HON. RICHARD G. ANDREWS, AND DOES 1-100,<br><br>                  Defendants. | C.A. No. 1:16-cv-00281-RGA |

## DEFENDANT JPMORGAN CHASE & CO.'S AMENDED AND SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES

OF COUNSEL:

Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
douglas.nemec@skadden.com
edward.tulin@skadden.com
andrew.gish@skadden.com

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware  19801
(302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant JPMorgan Chase & Co.*

DATED:  April 17, 2019

Pursuant to the Court's Order dated March 27, 2019 (D.I. 165), Defendant JPMorgan Chase & Co. ("JPMC") respectfully files this amended and supplemental motion for an award of its reasonable attorneys' fees incurred during the pendency of this action, in the amount of $57,190.40.  The reasons for this request are set forth in the brief filed in connection with JPMC's original motion for modified injunctive relief and attorneys' fees (D.I. 137), the supporting declaration of Douglas R. Nemec filed herewith, and the exhibits thereto.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | |
| Douglas R. Nemec | */s/ Robert S. Saunders* |
| Edward L. Tulin | Robert S. Saunders (ID No. 3027) |
| Andrew D. Gish | Jessica R. Kunz (ID No. 5698) |
| SKADDEN, ARPS, SLATE, | SKADDEN, ARPS, SLATE, |
|   MEAGHER & FLOM LLP |   MEAGHER & FLOM LLP |
| Four Times Square | 920 N. King Street, 7th Floor |
| New York, New York  10036 | Wilmington, Delaware  19801 |
| (212) 735-3000 | (302) 651-3000 |
| douglas.nemec@skadden.com | rob.saunders@skadden.com |
| 1ndrew.tulin@skadden.com | jessica.kunz@skadden.com |
| 1ndrew.gish@skadden.com | |
| | |
| DATED:  April 17, 2019 | *Attorneys for Defendant JPMorgan Chase & Co.* |